UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Saul Ewing LLP
A Delaware Limited Liability Partnership
214 Carnegie Center, Suite 202
Princeton, NJ 08540
(609) 452-3100
DP-1792
JH-5739
Attorneys for the
Debtors and Debtors-In-Possession

Order Filed on
6/8/2004
by Clerk U.S. Bankruptcy
Court District of New Jersey

In re:

CONGOLEUM CORPORATION, et al.,

Debtors.

Chapter 11

Case No. 03-51524 (KCF)

Jointly Administered

### ORDER GRANTING MOTION OF DEBTORS FOR DETERMINATION THAT MODIFICATIONS TO JOINT PREPACKAGED PLAN OF REORGANIZATION ARE NON-MATERIAL AND THAT NO (i) FURTHER SOLICITATION OF PLAN OF REORGANIZATION IS REQUIRED AND (ii) AMENDMENT OF DISCLOSURE STATEMENT IS REQUIRED

The relief set forth on the following pages, numbered two (2) through two (3) is hereby

**ORDERED.**

**DATED: 6/8/2004**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | Congoleum Corporation, et al. |
| Case Nos.: | 03-51524 (KCF) |
| Caption of Order: | ORDER GRANTING MOTION OF DEBTORS FOR DETERMINATION THAT MODIFICATIONS TO JOINT PREPACKAGED PLAN OF REORGANIZATION ARE NON-MATERIAL AND THAT NO (i) FURTHER SOLICITATION OF PLAN OF REORGANIZATION IS REQUIRED AND (ii) AMENDMENT OF DISCLOSURE STATEMENT IS REQUIRED |

Upon consideration of the Motion of Debtors, Pursuant to 11 U.S.C. § 1127 and Fed.R.Bankr.P. 3019, for Determination that Modifications to Joint Prepackaged Plan of Reorganization are Non-Material and That No (i) Further Solicitation of Plan of Reorganization is Required and (ii) Amendment of Disclosure Statement is Required (the "Motion")[1], and good cause appearing therefore, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Modifications substantially in the form set forth in the Second Modified Plan are non-material within the meaning of Rule 3019 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1127; and it is further

**ORDERED** that the Modifications do not "adversely change" the treatment of the claim of any creditor or the interest of any equity security holder within the meaning of Rule 3019 of the Federal Rules of Bankruptcy Procedure; and it is further

**ORDERED** that the Debtors are not required to resolicit votes respecting the Plan, as modified; and it is further

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

(Page 3)

**ORDERED** that the Debtors are not required to circulate a modified Disclosure Statement.

499822.6 5/18/04

*Approved by Judge Kathryn C. Ferguson  June  08, 2004*