UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: CONGOLEUM CORPORATION, et al.,<br><br>*Debtors.* | Civil Action No. 2:22-cv-00423-MCA<br><br>ORDER |
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>*Appellant,*<br><br>v.<br><br>BATH IRON WORKS CORPORATION,<br><br>*Appellee.* | |

**THIS MATTER** comes before the Court following an appeal to the U.S. Court of Appeals for the Third Circuit ("Third Circuit") of this Court's Order, dated January 31, 2023, ECF No. 25 (the "Order"), which reversed the United States Bankruptcy Court's Order and Memorandum Opinion granting in part Bath Iron Works Corporation's Motion to Reopen Congoleum Corporation's ("Congoleum") Chapter 11 Cases and Enforce the 2010 Confirmation Order, pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001, et seq., ECF No. 1-1 and 1-2 (the "Bankruptcy Court's Order");

and it appearing that the Third Circuit entered a Judgment, EFC No. 29, and Mandate, ECF No. 30, reversing this Court's Order;

**IT IS** on this 23 day of September, 2025;

**ORDERED** that, consistent with the Third Circuit's Judgment and Mandate, the Bankruptcy Court's Order, ECF No. 1-1 and 1-2, is **AFFIRMED.**

The Clerk is directed to enter judgment in favor of Appellee Bath Iron Works Corporation

and notify the appropriate parties in accordance with Fed. R. Bankr. P. 8024.

MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

17866832v1 (24610.001)

2